# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | **CASE NO. 2:25-PO-107** |
| | **MAGISTRATE JUDGE JOLSON** |
| **STACY M NESBITT,** | |
| **Defendant.** | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be DISMISSED.

s/Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

12/3/2025
**DATE**